# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYE, GOFF, ROHDE & SKOW,<br><br>        Plaintiff,<br><br>v.<br><br>CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD, LLP, et al.,<br><br>        Defendants. | Civil No. 07-cv-00842-W-LSP<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANTS CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD, LLP, DAVID S. CASEY, JR., AND ALISA CHRISTENSEN**<br><br>Judge:    Hon. Thomas J. Whelan |

On July 18, 2007, Plaintiff BYE, GOFF, ROHDE & SKOW and Defendants CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD, LLP (f/k/a CASEY, GERRY, REED & SCHENK. LLP), DAVID S. CASEY, JR., and ALISA CHRISTENSEN presented a joint motion to dismiss the present action against all defendants with prejudice, each party to bear its own costs. Based on the motion, it is hereby **ORDERED** that all defendants are dismissed from the above action with prejudice, each party to bear its own costs.

DATED: July 24, 2007

_____
Hon. Thomas J. Whelan
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

Page 2
07-cv-00842-W-LSP

**Order Dismissing Defendants With Prejudice**